IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH A. COBBS,

    Plaintiff,

vs.                                 CASE NO. 5:06cv95/RS

JAMES MCDONOUGH, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 19). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice for Plaintiff's failure to comply with an order of the court and for failure to prosecute this action, or in the alternative, for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

ORDERED on March 20, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**